FILED

AUG 07 2024

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | 3:24 CR 279 |
| Plaintiff, | ) | JUDGE HELMICK |
| | ) | |
| v. | ) | CASE NO. _____ MAGISTRATE JUDGE CLAY |
| | ) | |
| DANNY LEE JOHNSON, | ) | Title 18, United States Code, |
| JARVIS POOL, | ) | Sections 922(g)(1), 924(a)(8), |
| | ) | and 2; Title 21, United States |
| Defendants. | ) | Code, Sections 841(a)(1), |
| | ) | (b)(1)(A), (b)(1)(B), (b)(1)(C), |
| | ) | and 846 |

COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance,
21 U.S.C. § 846)

The Grand Jury charges:

1. From in or around June 2024, to in or around August 2024, in the Northern District of Ohio, Western Division, and elsewhere, Defendants DANNY LEE JOHNSON, JARVIS POOL, and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others, to possess with the intent to distribute and to distribute, mixtures and substances containing detectable amounts of cocaine and methamphetamine, both Schedule II controlled substances. As to Defendant JOHNSON, he conspired to distribute, and possess with the intent to distribute, five kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A). As to Defendant POOL, he conspired to distribute, and possess with the intent to distribute, one

ORIGINAL

kilogram or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about August 2, 2024, in the Northern District of Ohio, Defendant DANNY LEE JOHNSON did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about August 2, 2024, in the Northern District of Ohio, Defendant DANNY LEE JOHNSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: F3 Trafficking in Crack Cocaine Within 1000 Feet of a School, on or about July 20, 2010, in Case Number 2010-CR-118, in Erie County Common Pleas Court, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith & Wesson .40 caliber pistol, bearing serial number HVB4750, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants DANNY LEE JOHNSON and JARVIS POOL shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the violations charged in Counts 1 and 2; any property used or intended to be used, in any manner or part, to commit or to facilitate the commission the violation charged in Counts 1 and 2; and, any and all firearms and ammunition involved in or used in the commission of the federal firearm violations charged in Count 3; including, but not limited to, the following:

a. a Smith & Wesson .40 caliber pistol, bearing serial number HVB4750, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.